UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80258-CIV-CANNON/McCABE

DIONNE VAN DRUFF,

    Plaintiff,

v.

MCRT RESOURCES, LLC d/b/a
MILL CREEK RESIDENTIAL TRUST, LLC, a
Foreign limited liability corporation; and MILL
CREEK RESIDENTIAL TRUST, LLC, a
Foreign limited liability corporation,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order Requiring Joint Scheduling Report and Certificate of Interested Parties [Docket Entry Number ("DE") 13], Defendants MCRT Resources LLC and Mill Creek Residential Trust LLC state and disclose as follows:

MCRT Resources LLC is a Delaware limited liability corporation with its principal place of business in Dallas, Texas.

Mill Creek Residential Trust LLC is a Delaware limited liability corporation with its principal place of business in Boca Raton, Florida.

Mill Creek Residential Trust LLC is the managing and controlling member of MCRT Resources LLC. No publicly held company owns 10% or more of Defendants' stock.

1

The following persons, associated persons, firms, partnerships, or corporations may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party:

Defendant Mill Creek Residential Trust LLC

Defendant MCRT Resources LLC

MCRT Management LLC

Sagebrush Member Sub LLC

AIG Claims, Inc.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL  33401
Telephone:  (561) 650-7900
Facsimile:   (561) 655-6222

By: */s/ Bridget Ann Berry*
    Bridget Ann Berry
    Florida Bar No. 515639
    berryb@gtlaw.com
    Terence P. McCourt
    (Admitted *Pro Hac Vice*)
    mccourtt@gtlaw.com
    Amanda L. Carney
    (Admitted *Pro Hac Vice*)
    carneya@gtlaw.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Christopher C. Copeland, CHRISTOPHER C COPELAND, P.A., 1003 W. Indiantown Rd., Suite 208, Jupiter, FL 33458, chris@copelandpa.com, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       /s/ *Bridget Ann Berry*
       Bridget Ann Berry